IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHUWONDER M. WINTERS**                                                                              **PLAINTIFF**

V.                                                                           **NO. 4:25-CV-100-DMB-JMV**

**COMMISSIONER OF
SOCIAL SECURITY**                                                             **DEFENDANT**

## ORDER

On June 30, 2025, Shuwonder M. Winters filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the Commissioner of Social Security's final administrative determination that she is not disabled under the Social Security Act. Doc. #1. On November 18, the Commissioner filed a motion to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), which the Commissioner represents is not opposed. Doc. #12 at 1.

Because remand is uncontested, the Commissioner's final administrative decision is **REVERSED** and the motion to remand [12] is **GRANTED**.

**SO ORDERED**, this 25th day of November, 2025.

                                                                         **/s/Debra M. Brown**
                                                                         **UNITED STATES DISTRICT JUDGE**