IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHUWONDER M. WINTERS                                                        PLAINTIFF

V.                                                             NO. 4:25-CV-100-DMB-JMV

COMMISSIONER OF
SOCIAL SECURITY                                                           DEFENDANT


**ORDER**

On March 10, 2026, United States Magistrate Judge Jane M. Virden issued a report ("R&R") recommending that Winters' unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA")[1] be granted in part and denied in part. Doc. #21. The R&R warned that "[a] party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's [R&R] within (14) fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at PageID 633.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly

---

[1] Doc. #18.

erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes the R&R is neither clearly erroneous nor contrary to law, the R&R [21] is **ADOPTED** as the order of this Court. Winters' motion for EAJA attorneys' fees [18] is **GRANTED in Part and DENIED in Part**. The motion is DENIED as to Winters' request that the fees awarded be made payable to her counsel. The motion is GRANTED in all other respects. Winters is awarded $5,925.83 in attorney fees under the EAJA. Such fees are to be made payable to Winters and sent in care of her attorney to her attorney's address.

**SO ORDERED**, this 27th day of March, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**