**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **SHUWONDER M. WINTERS** | **PLAINTIFF** |
| **V.** | **NO. 4:25-CV-100-DMB-JMV** |
| **COMMISSIONER OF SOCIAL SECURITY** | **DEFENDANT** |

# ORDER

On October 20, 2026, United States Magistrate Judge Jane M. Virden issued a report recommending that Shuwonder M. Winters' September 23 petition for attorney's fees be denied. Doc. #27. The report warned that "[f]ailure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at PageID 684. No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the report for plain error and concludes that the report is neither clearly erroneous nor contrary to law, the report [27] is **ADOPTED** as the order of the Court. So, Winters' petition for attorney's fees [23] is **DENIED**.

**SO ORDERED**, this 16th day of November, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**